**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:                    Satish Emrit et al v. Obama et al

District Court Number:        26cv11216-JDH

Fee:     Paid?   Yes _____   No _X_   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending        Yes _X_ No _____           Sealed documents        Yes _____ No _X_
*If yes, document #*        2                        *If yes, document #*        _____

*Ex parte* documents    Yes _____ No _X_           Transcripts              Yes _____ No _X_
*If yes, document #*        _____          *If yes, document #*        _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent _____   Other: _____

Appeal from:

N/A

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#4

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___4_____ filed on ___April 7, 2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___April 9, 2026_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

CONSENTPENDING,ProSe

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:26−cv−11216−JDH</u>

Satish Emrit et al v. Obama et al

Assigned to: Magistrate Judge Jessica D. Hedges

Demand: $9,999,000

Cause: 42:1983 Civil Rights Act

Date Filed: 03/10/2026

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**Ronald Satish Emrit**                                    represented by     **Ronald Satish Emrit**
5108 Comelias Prospect Drive
Bowie, MD 20720
703−936−3043
Email: <u>einsteinrockstar2@outlook.com</u>
PRO SE

**<u>Plaintiff</u>**

**Presidential Committee/Political Action Committee/Separate Segregated Fund**
*(SSF) Number C00569897*
*doing business as*
United Emrits of America

represented by     **Presidential Committee/Political Action Committee/Separate Segregated Fund**
PRO SE

V.

**<u>Defendant</u>**

**Barack Hussein Obama**
*Former President (BHO)*

**<u>Defendant</u>**

**Michelle Obama**

**<u>Defendant</u>**

**Joe Biden**
*Former President*

**<u>Defendant</u>**

**Jill Biden**

**<u>Defendant</u>**

**Hunter Biden**

**<u>Defendant</u>**

1

**Ketanji Brown Jackson**
*Supreme Court Justice*

**Defendant**

**Andrew of Winsdor**
*Former Prince*

**Defendant**

**Keir Starmer**
*British Prime Minister*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2026 | 1 | COMPLAINT against Joe Biden, Keir Starmer, Jill Biden, Ketanji Brown Jackson, Hunter Biden, Barack Hussein Obama, Andrew of Winsdor, Michelle Obama, filed by Presidential Committee/Political Action Committee/Separate Segregated Fund, Ronald Satish Emrit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet) (MAC) (Entered: 03/10/2026) |
| 03/10/2026 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald Satish Emrit. (MAC) (Entered: 03/10/2026) |
| 03/10/2026 | 3 | NOTICE of Case Assignment. Magistrate Judge Jessica D. Hedges assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are required to submit a form indicating whether the parties consent to proceed before a U.S. Magistrate Judge. PROMPT SUBMISSION OF THE COMPLETED FORM IS MANDATORY. The parties are directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge which can be downloaded here. These documents will be mailed to counsel not receiving notice electronically. Pursuant to General Order 26−01, until the Court receives for filing a consent to the Magistrate Judge's jurisdiction, or until a case is reassigned to a District Judge, the initial assignment of a civil case to the Magistrate Judge is a referral to the Magistrate Judge under 28 USC 636(b) for decision on all pretrial non−dispositive matters and for Report and Recommendation on dispositive matters. (LBO) (Entered: 03/10/2026) |
| 04/07/2026 | 4 | NOTICE OF APPEAL by Ronald Satish Emrit. Fee Status: Not Paid. <br><br> NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** (EZG) (Entered: 04/08/2026) |

2

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUETTS
## (One Courthouse Way, Boston, Massachusetts 02210)

FILED
CLERKS OFFICE
2026 APR -7 PM 12: 25
DISTRICT OF MASS.

Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America )

      Plaintiffs (Pro Se) )

)

      v. )

)

Former President Barack Hussein Obama (BHO), Michelle Obama, Former President Joe Biden, Jill Biden, Hunter Biden, Supreme Court Justice Ketanji Brown-Jackson, Former Prince Andrew of the Windsors, British Prime Minister Keir Starmer )

)

      Defendants, )

)

)

**C. A. No.:  1:2026cv11216**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF INTERLOCUTORY APPEAL

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this notice of appeal pursuant to **Rule 4 of Federal Rules of Appellate Procedure (FRAP)** to have the present case at bar sent to the **First Circuit Court of Appeals in Boston, Massachusetts at John Joseph Moakley Courthouse** where the clerk of the court is **Anastasia Dubrovsky** whose last name is almost like **Rachel Dombrowski** as the clerk of the court for **Maryland Court of Appeals** and **Maryland Supreme**

3

**Court at 361 Rowe Boulevard in Annapolis, Maryland**. In bringing forth this notice of appeal, the plaintiff states, avers, and alleges the following:

1.) The plaintiff believes that he has **standing, causation, and redressability** to bring this cause of action against the defendants/appellees for the tortious acts of public nuisance, defamation, industrial espionage, and the "legal fiction" of a the tortious interference with politics given that he is a presidential candidate recognized by the **Federal Election Commission at 1050 FIrst Street, NE Washington, D.C. 20463** and because the plaintiff is a supporter of President Donald John trump who is insulted by the former president's conduct in particular and that a federal question is created from the Federal Tort Claims Act (FTCA) on the **JS-44 (civil cover sheet)** pursuant to **28 U.S.C. Section 1331** also involving diversity of jurisdiction.

2.) In addition, the plaintiff believes that the actress **Helen Hunt from the movie "Cast Away" with Tom Hanks** is somehow connected to his former fiance Maria Cherniavska of Warsaw, Poland and Howard University.

3.) In continuing with this idea, the connection between Howard University and Helen Hunt also involves a discussion of **Dr Helen C. Matsos (HCM) formerly of the NASA Astrobiology Program**, Helen Blackburn of the Blackburn Center at Howard University, the Hair Club for Men (HCM) and Lowe's in Largo, Maryland, Helen of Troy Meets Alex in London (acronym for HOTMAIL), Helana Balavatsky (HB), the Holy Bible, Hy Brasil (HB) in the Atlantic Ocean by Ireland, and the Higgs Boson (HB) also known as the "God Particle" as in Greg Parker (GP) who was a football player at Brown University around 1997 and Gwyneth Paltrow (GP).

4.) Accordingly, the plaintiff believes that his **niece Michelle Brooks (MB) is also connected to Michelle Obama (Former First Lady)**, Michele Granger in his music video "I Need You," Michelle Branch as a singer who recorded the song "The Game of Love" with Carlos Santana, Paint Branch High School in Burtonsville, Maryland, and Piney Branch Road by Takoma Park Intermediate School in Silver Spring, Maryland and The Blair Witch (Moll Dyer) of Leonardtown, Maryland who was frozen on a stone and not from Burkittsville, Maryland in Frederick County like the movie.

5.) The plaintiff also believes that the recording artist **Natasha Jane (NJ) of Burtonsville, Martyland is somehow connected to Erin Burnett and Blair Witch movie involving Burkittsville, Maryland** because Burtonsville sounds a lot like Burkittsville and Burnett as in Burlington Coat Factory and Nicole Mendez.

4

6.) The plaintiff also believes that the **Taco Bell off of Superior Lane in Bowie, Maryland is connected to Bell Station Road** because they both have the word "Bell" and this is also connected to Belair Lane, Beluga Whales (Sea World), and **Liga Federici from Latvia** as the former wife of Anthony Federici involving LIGO interferometers of both Washington state and Louisiana.

7.) **The acronym for "The Creation of Adam" painted by Michaelangelo is TCOA which is an anagram of TACO as in TACO BELL** and the diabetes finger-checking devices are reminiscent of the painting of a Christian God reaching out his finger towards Adam which looks like **The Bering Strait connecting Alaska to Russia** all of which are defendants in the plaintiff's litigation against **Kim Kardashian of Armenia** (The First Christian Country before the **Roman Empire, Byzantine, and Holy Roman Empire**) in the FIrst (Boston), Third (Philadelphia), and Ninth (San Francisco) Courts of Appeal

WHEREFORE, the plaintiff/appellant is filing this notice of appeal pursuant to **Rule 4 of Federal Rules of Appellate Procedure (FRAP)**. Accordingly, the plaintiff.appellant argues that his **payments on Zelle through Truist Bank** to his niece **Michelle Brooks** (who is pharmacist at Howard University Hospital) have some mysterious connection to Volodymyrr Zelenskyy as the President of the Ukraine and Maria Cherniavska of Warsaw, Poland because **the name "Zelle" sounds a lot like the last name "Zelensky" of the Ukrainian president** perhaps involving the company Zales (diamonds), Zohran Mamdani (ZM), Zoltar Speaks (ZS), and Colonel Zadok Maguruder High School in Gaithersburg, Maryland.

Respectfully submitted,

Ronald Satish Emrit
P.O. Box 1030
Bowie, Maryland 20718
(703)936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com

5