# United States Court of Appeals
## For the First Circuit

No. 26-1372

RONALD SATISH EMRIT,

Plaintiff - Appellant,

v.

BARACK HUSSEIN OBAMA, former President; MICHELLE OBAMA; JOE BIDEN, former President; JILL BIDEN; HUNTER BIDEN; KETANJI BROWN JACKSON, Supreme Court Justice; ANDREW OF WINDSOR, former Prince; KEIR STARMER, British Prime Minister,

Defendants - Appellees.

### ORDER OF COURT

Entered: June 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

On April 7, 2026, Plaintiff-Appellant Ronald Satish Emrit filed a "Notice of Appeal" (D.E. 4) in district court case no. 1:26-cv-11216-BEM (D. Mass.). Appellant's filing does not identify any specific order by the district court to challenge. Consequently, it does not appear this court has jurisdiction to review this appeal because at the time of filing no final judgment or otherwise appealable order was entered in the district court. See 28 U.S.C. §§ 1291, 1292.

Accordingly, Plaintiff-Appellant Ronald Satish Emrit is ordered to either: (i) move for voluntary dismissal of this appeal pursuant to Fed. R. App. P. 42(b); or (ii) show cause, in writing, no later than **June 23, 2026**, why this appeal should not be dismissed for lack of jurisdiction. The failure to take either action will lead to the dismissal of this appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ronald Satish Emrit
Donald Campbell Lockhart
Abraham R. George